UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARLES A. FUNCH<br><br>　　　　　Defendant. | Case No. 1:22-po-00251-SAB<br><br>[Citations #E1762269, E1762501 CA/51]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Sumeet Kaur, Certified Law Student, hereby moves to dismiss Case No. 1:22-po-00251-SAB [Citations #E1762269, E1762501 CA/51] against CHARLES A. FUNCH, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 12, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00251-SAB [Citations #E1762269, E1762501 CA/51] against CHARLES A. FUNCH be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 12, 2022**

UNITED STATES MAGISTRATE JUDGE